IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE ATUM-RA UHURU MUTAWAKKIL,
also known as NORMAN GREEN,

    Plaintiff,

v.

PETER HUIBREGTSE, JUDITH HUIBREGTSE,
LEBBEUS BROWN, CHAD LOMEN,
ELLEN RAY, KELLY TRUMM,
CHRISTINE BEERKIRCHER, BRIAN KOOL,
TRACEY GERBER, CRAIG TOM,
DIANE ALDERSON, MELANIE HARPER and
GARY HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-471-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff's motion for preliminary injunction;

(2) denying leave to proceed and dismissing plaintiff's claims against Gary Hamblin, Melanie Harper, Craig Tom, Tracy Gerber, Christine Beerkircher and Kelly Trumm; and

(3) granting summary judgment in favor of Peter Huibregtse, Lebbaeus Brown, Diane Alderson, Chad Lomen, Judith Huibregtse, Brian Kool and Ellen Ray and dismissing this case.

By: _____, Deputy Clerk      8-22-12
    Peter Oppeneer, Clerk of Court          Date